IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONNIE E CONNOLLY,

    Plaintiff,
v.                                               CASE NO. 4:07-cv-00314-MP-WCS

BILL MCCOLLUM, et al.,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, doc. 1, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) as Plaintiff's claims are barred by the statute of limitations. The Plaintiff filed 21-page objections, which the Court has reviewed, doc. 10. The Court agrees that because Plaintiff's claims involve an arrest in 1986, his claims are time-barred. Nothing in his objections addresses why he chose to wait so long before filing this suit or how the suit is within the statute of limitations. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, the Clerk is directed to close the file, and Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this  *11th*   day of October, 2007

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge